IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GRAYLING ELTON KENNEDY,

    Plaintiff,

v.                        Civil Action No. 3:13CV376

P.W.C. ADULT DETENTION CENTER,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on September 16, 2013, the Court conditionally docketed the action. Grayling Elton Kennedy requested leave to proceed in forma pauperis. By Memorandum Order entered on November 13, 2013, the Court directed Kennedy to pay an initial partial filing fee of $3.93 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Kennedy has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Kennedy is not entitled to proceed in forma pauperis. Kennedy's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Kennedy.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: January 2, 2014
Richmond, Virginia